IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DARRYL EVERSOLE,<br><br>    Plaintiff,<br><br>vs.<br><br>KAZI FOODS, INC., doing business as KENTUCKY FRIED CHICKEN; LEWIS PROPERTIES, INC., et al,<br><br>    Defendants. | Case No.: CV09-5984 AHM (MANx)<br><br>**ORDER ON STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE** |
| LEWIS PROPERTIES, INC. and WIN PROPERTIES, INC., a New York Corporation,<br><br>    Cross-Complainants,<br><br>vs.<br><br>KAZI FOODS, INC., doing business as KENTUCKY FRIED CHICKEN, et al,<br><br>    Cross-Defendants. | |

HAVING READ AND CONSIDERED the Stipulation and Joint Motion to Dismiss With Prejudice, IT IS HEREBY ORDERED:

/ / /

1 | Case Number CV09-5984 AHM (MANx) is dismissed in its entirety as to all
2 | parties and with prejudice.
3 | Dated: July 7, 2010

_____
Judge of the United States District Court

6 | **JS-6**

ORDER DISMISSING
CASE WITH PREJUDICE